# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-147-752**

Effective Date of Registration:
October 29, 2018

## Title

| | |
|---|---|
| Title of Work: | Hunter Killer |
| Nature of Claim: | Motion Picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | October 19, 2018 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| • Author: | Hunter Killer Productions, Inc. |
| Author Created: | Entire Film |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Hunter Killer Productions, Inc. |
| | 318 N. Carson St., #208, Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | screenplay |
| Previously registered: | Yes |
| Previous registration and year: | PAu003868948, 2016 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | all other cinematographic material |

## Certification

| | |
|---|---|
| Name: | Michael A. Hierl |

Page 1 of 2

Date: January 03, 2019

---

**Correspondence:** Yes

# EXHIBIT B

| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 73.44.95.192 | 31455 | 2019-01-18 00:34:38 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Comcast Cable | Illinois | Lansing | Cook |
| 2 | 24.14.0.186 | 14251 | 2019-01-18 03:03:16 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Comcast Cable | Illinois | Elmwood Park | Cook |
| 3 | 98.206.252.6 | 59592 | 2019-01-18 03:42:51 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Comcast Cable | Illinois | Skokie | Cook |
| 4 | 98.222.245.19 | 60782 | 2019-01-18 03:50:09 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Comcast Cable | Illinois | Homewood | Cook |
| 5 | 67.173.164.33 | 62348 | 2019-01-18 03:53:51 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Comcast Cable | Illinois | Schaumburg | Cook |
| 6 | 73.111.4.183 | 50652 | 2019-01-18 03:54:18 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Comcast Cable | Illinois | Rockford | Winnebago |
| 7 | 98.220.84.245 | 61707 | 2019-01-18 03:56:10 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Comcast Cable | Illinois | Chicago | Cook |
| 8 | 98.206.234.135 | 43325 | 2019-01-18 04:03:35 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Comcast Cable | Illinois | Palos Hills | Cook |
| 9 | 67.167.32.149 | 42317 | 2019-01-18 05:07:51 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Comcast Cable | Illinois | Oak Lawn | Cook |
| 10 | 69.246.254.43 | 50059 | 2019-01-18 05:58:59 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Comcast Cable | Illinois | Waukegan | Lake |
| 11 | 69.245.179.19 | 50633 | 2019-01-18 09:44:09 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Comcast Cable | Illinois | Chicago | Cook |
| 12 | 24.12.216.3 | 57098 | 2019-01-18 11:03:45 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Comcast Cable | Illinois | Skokie | Cook |
| 13 | 73.246.59.195 | 10737 | 2019-01-18 15:57:43 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Comcast Cable | Illinois | Niles | Cook |
| 14 | 73.9.125.151 | 53961 | 2019-01-18 21:44:03 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Comcast Cable | Illinois | Harwood Heights | Cook |
| 15 | 73.110.34.85 | 52798 | 2019-01-18 22:25:14 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Comcast Cable | Illinois | Chicago | Cook |
| 16 | 98.212.63.62 | 47530 | 2019-01-18 23:48:56 | Hunter Killer (2018) [WEBRip] [1080p] [YTS.AM] | SHA1: 57537D93A76F574369DC2E573E99C3840A9FD89D | Comcast Cable | Illinois | Loves Park | Winnebago |